UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

CASE NO.:

CINDY HARNEN, on behalf of herself and
all others similarly situated,

      Plaintiff,

vs.

DOLGENCORP, LLC d/b/a
DOLLAR GENERAL, a Florida corporation,

      Defendant.
_____/

## COMPLAINT

COMES NOW Plaintiff, CINDY HARNEN, on behalf of herself and all others similarly situated, by and through her undersigned counsel, and sue the Defendant, DOLGENCORP, LLC d/b/a DOLLAR GENERAL, a Florida corporation, for violations of the Fair Labor Standards Act of 1938 ("FLSA") and violations of Article X, Section 24 of the Florida Constitution and implementing legislation (the "Florida Minimum Wage Act"). As grounds, Plaintiff state as follows:

1. That Plaintiff, former employee for the Defendant, brings this action on behalf of herself and all others similarly situated to recover compensation and other relief under the FLSA and the Florida Minimum Wage Act.

2. Jurisdiction is conferred on this Court by 29 U.S.C. § 216(b).

3. That the unlawful employment practices alleged below occurred and/or were committed within this judicial district.

4. That at all times material hereto, Defendant was the employer of the Plaintiff and all others similarly situated, was conducting business in this judicial district, was an 'employer'

under the FLSA, and an enterprise engage in commerce or in the production of interstate commerce as defined by the Act, 29 U.S.C § 203(r) and 203(s). Based upon the information and belief, the annual gross sales volume of the corporate Defendant was in excess of $500,000.00 per annum at all times material hereto.

5. That the Plaintiff worked for the Defendant from February 6, 2016 up through the end of her employment on July 10, 2016.

6. That Plaintiff was a non-exempt employee, yet was denied minimum wages for all hours worked as she was required to work approximately 5 hours per week off the clock for the Defendant.

7. Specifically, the Defendant's manager, Jodi McGee, would clock out the Plaintiff and all others similarly situated at 10:30 pm, but Plaintiff and all others similarly situated were required to continue working thereafter for anywhere from 30 minutes to an hour or more.

8. When complaining about working off the clock, Plaintiff was threatened with her position.

9. Applying the applicable minimum wage rate in Florida and using 5 hours per week as an estimate, Plaintiff was shorted the following:

**February 6, 2016 to July 10, 2016**: 5 hours per week x $8.05 = $40.25 owed per week x 20 weeks worked= $805.00

Total owed for Plaintiff: $805.00 (unliquidated)

10. That Defendant willfully refused to properly compensate Plaintiff and all others similarly situated for minimum wages as set forth above in violation of the FLSA and the Florida Minimum Wage Act.

## COUNT I - VIOLATIONS OF THE FLSA

11. Plaintiff, on behalf of herself and all others similarly situated, incorporates all allegations contained in the foregoing paragraphs 1 through 10.

12. Defendant's practice of failing to pay the Plaintiff and all others similarly situated the required minimum wage rate violates the FLSA. 29 U.S.C. § 206.

13. As a result of the Defendant's violations, Plaintiff and all others similarly situated have been damaged and are entitled to unpaid minimum wages, liquidated damages, interest, costs, and attorneys' fees pursuant to the FLSA.

14. Plaintiff on behalf of herself and all others similarly situated, therefore respectfully requests compensation pursuant to the FLSA, as set forth more fully in the request for relief below.

## COUNT II – VIOLATIONS OF THE FLORIDA MINIMUM WAGE ACT

15. Plaintiff on behalf of herself and all others similarly situated, incorporate all allegations contained in the foregoing paragraphs 1 through 10.

16. Plaintiff, and all others similarly situated, were entitled to be paid at least the Florida minimum wage rate for each hour/week worked during employment with Defendant.

17. Specifically, Plaintiff and all others similarly situated, were not paid the proper minimum wage, as required by the Florida Minimum Wage Act.

18. Defendant willfully failed to pay Plaintiff and all others similarly situated minimum wages for one or more weeks during their employment contrary to the Florida Minimum Wage Act.

19. Plaintiff has complied with all statutory prerequisites to bringing this claim pursuant to the Florida Minimum Wage Act, including by providing proper statutory notice prior to asserting this claim.

20. More than 15 days have elapsed since Plaintiff's service of the notice and no compensation was paid to Plaintiff.

21. As a direct and proximate result of Defendant's deliberate underpayment of wages, Plaintiff has been damaged in the loss of minimum wages for one or more weeks of work with Defendant.

22. Plaintiff is entitled to an award of damages in an amount equal to the relevant Florida Minimum Wage, an equal amount as liquidated damages, and attorneys' fees and other relief pursuant to the Florida Minimum Wage Act.

23. Plaintiff, on behalf of herself and all others similarly situated, therefore respectfully requests compensation pursuant to the Florida Minimum Wage Act, as set forth more fully in the request for relief below.

## REQUEST FOR RELIEF

For these reasons, Plaintiff on behalf of herself and all others similarly situated respectfully requests that judgment be entered in their favor awarding the following relief:

a) A declaration, pursuant to 29 U.S.C. §§2201 and 2202, that the Defendant's practices violate the FLSA and the Florida Minimum Wage Act;

b) Compensation for all unpaid minimum wage owed under the FLSA and Florida Minimum Wage Act;

c) An equal amount of all owed wages as liquidated damages as allowed under the FLSA and the Florida Minimum Wage Act;

d) Interest, costs, attorneys' fees and other relief as allowed under the FLSA and/or the Florida Minimum Wage Act;

e) Such other and further relief to which Plaintiff may be entitled, at law or in equity.

## DEMAND FOR JURY TRIAL

Plaintiff demands trial by jury of all issues triable as of right by a jury.

Dated: December 7, 2016.                    Respectfully submitted,

                                                              Law Offices of Levy & Levy, P.A.
                                                              915 Middle River Drive, Suite 518
                                                              Ft. Lauderdale, Florida  33304
                                                              Telephone: (954) 763-5722
                                                              Facsimile: (954) 763-5723
                                                              Email: chad@levylevylaw.com
                                                              Service Email: assistant@levylevylaw.com
                                                              *Counsel for Plaintiff*


                                                              */s/ Chad Levy*
                                                              CHAD E. LEVY, ESQ.
                                                              F.B.N.: 0851701